1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                         **CENTRAL DISTRICT OF CALIFORNIA**

10                               **WESTERN DIVISION**

11

12   CARTER STEPHENS,              )      No. CV 08-6418 CW
                                    )
13              Plaintiff,          )      JUDGMENT
           v.                       )
14                                  )
     MICHAEL J. ASTRUE,             )
15   Commissioner, Social Security  )
     Administration,                )
16                                  )
                   Defendant.       )
17   _____)

18

19        **IT IS ADJUDGED** that this action is dismissed without prejudice.

20

21   DATED: June 23, 2009

22

23                              _____/S/_____
                                     CARLA M. WOEHRLE
24                              United States Magistrate Judge

25

26

27

28